IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMIE D. BOWENS,

    Petitioner,

  v.

                                          Case No.  20-cv-417-wmc

DANIEL WINKLESKI, Warden,
New Lisbon Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Jamie Bowens' petition for a writ of habeas corpus for want of jurisdiction under 28 U.S.C. § 2244.

| /s/ | 6/8/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |